UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60635-CIV-MORENO

LARRY JAMES BARBER,

    Plaintiff,

vs.

COMMANDER JOHN DOE, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint under the Civil Rights Act, 42 U.S.C. § 1983 (**D.E. No. 1**), filed on **April 30, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 16**) on **November 16, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 16**) on **November 16, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    the following defendants are DISMISSED pursuant to 28 U.S.C. § 1915(e): John Doe, Commander of the FHP; Al Lamberti, Broward County Sheriff; Robert Weisz; Daniel

A, Van Etten; Alex Ann Margaret Ramos; Eriberto Rivera; John Doe, owner of Vrochota Towing; and John Doe, Presidents of United Auto Insurance; Allstate Insurance; and MGS Insurance.

(2)     Claims for malicious prosecution remain pending against Defendants Trooper Vershel, Officer Botero, and Officer Nanz.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of December, 2009.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record