UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60635-CIV-MORENO

LARRY JAMES BARBER,

    Plaintiff,

vs.

COMMANDER JOHN DOE, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS VERSHEL, BOTERO AND NANZ

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 63**) on **June 2, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 63**) on **June 2, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Plaintiff Barber's Motion for Summary Judgment against Defendant Vershel, (D.E.No. 41) is DENIED.

(2)    Plaintiff Barber's Motion for Summary Judgment against Defendant Botero and

Defendant Nanz (D.E. No. 42) is DENIED.

(3) Defendant Botero and Defendant Nanz's Motion for Extension of Time, (D.E. No. 49) is DENIED AS MOOT.

(4) Plaintiff Barber's Motion for Default Judgment and Writ of Garnishment against Defendant Vershel, (D.E. No. 56) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of July, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record